█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILBERT HARRIS, Appellant. [683 NYS2d 82] —Judgment, Supreme Court, New York County (George Daniels, J.), rendered May 23, 1996, convicting defendant, after a jury trial, of robbery in the first and second degrees, and sentencing him, as a second violent felony offender, to concurrent terms of 10 to 20 years and 7½ to 15 years, respectively, unanimously affirmed.

Defendant was provided with a reasonable opportunity to testify before the Grand Jury. As the record sufficiently shows, on the first date scheduled for his testimony, he refused to be produced (*see, People v Turner,* 227 AD2d 120). Although the matter was adjourned and his attorneys did not timely appear on the adjourned date, this did not constitute ineffective assistance of counsel warranting dismissal of the indictment (*People v Wiggins,* 89 NY2d 872).

We perceive no abuse of sentencing discretion. Concur—Sullivan, J. P., Rosenberger, Williams and Saxe, JJ.

█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KHOVIS BROWN, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent. [682 NYS2d 576] —Appeal from order, Supreme Court, Bronx County (Robert Seewald, J.), entered May 28, 1996, which denied petitioner's application for a writ of habeas corpus and dismissed the petition, unanimously dismissed, without costs, and assigned counsel's motion to withdraw granted.

The appeal has been rendered moot by the expiration of the relator's maximum term of imprisonment (*People ex rel. Jones v New York State Div. of Parole,* 251 AD2d 43). Assigned counsel has complied with the requirements of *Anders v California* (386 US 738) and *People v Saunders* (52 AD2d 833). Concur—Sullivan, J. P., Rosenberger, Williams and Saxe, JJ.